UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Virginia Johnson, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>Liberty Home Guard LLC d/b/a Liberty Home Guard,<br><br>  Defendant. | Case No. 1:23-cv-08301 (HG)<br><br>Hon. Hector Gonzalez |

## NOTICE OF APPEARANCE

  Please take notice that the undersigned attorney, Alyssa J. Landow, a member of the bar of this Court, enters an appearance in the above-captioned action as counsel for Defendant Liberty Home Guard LLC d/b/a Liberty Home Guard.

Dated: November 30, 2023

Respectfully submitted,

By: _/s/ Alyssa Landow_
 Alyssa J. Landow (NY 5958350)
 DENTONS US LLP
 1221 Avenue of the Americas
 New York, NY 10020-1089
 Tel: 212-768-6700
 Fax: 212-768-6800
 alyssa.landow@dentons.com

 *Attorneys for Defendant Liberty Home Guard LLC*